IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MEYER-CHATFIELD, :
:
    Plaintiff, : CIVIL ACTION
: No. 05-3673
    v. :
:
CENTURY BUSINESS SERVICING, INC.,:
et al., :
:
    Defendants. :

## **ORDER**

AND NOW, this 12th day of August, 2010, upon consideration of Defendants' Motion for Partial Summary Judgment (Doc. No. 181), Plaintiff's Memorandum in Opposition (Doc. No. 183) and Response to Defendants' Statement of Undisputed Facts (Doc. No. 184), Defendants' Reply to Plaintiff's Response (Doc. No. 186), Plaintiff's Sur-Reply Memorandum (Doc. No. 205), Defendants' Supplemental Memorandum in Support (Doc. No. 223), and Plaintiff's Supplemental Memorandum in Opposition (Doc. No. 224), and after a hearing on the Motion on July 2, 2010, it is ORDERED that Defendants' Motion for Partial Summary Judgment is GRANTED IN PART and DENIED IN PART as follows:

    1. Defendants' Motion for Partial Summary Judgment on the issue of the meaning of "solicitation" is GRANTED;[5]

    2. Defendants' Motion for Partial Summary Judgment on the issue of liquidated damages is DENIED;

---

[5] The Court will reserve ruling on whether it is necessary to define the term "solicit" for the jury.

3. Defendants' Motion for Partial Summary Judgment on the issue of the admissibility of testimony by Plaintiff's expert on damages is DENIED.

BY THE COURT:

 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.