| | |
|---|---|
| MEYER CHATFIELD CORP., : | |
| Plaintiff, : | Civil Action |
| : | Case No. 05-3673 |
| v. : | |
| : | |
| CENTURY BUSINESS SERVICES, INC., : | |
| et. al., : | |
| Defendants. : | |

# ORDER

AND NOW, this 12th day of August, 2010, upon consideration of Plaintiff Meyer Chatfield's Motion in Limine to Exclude Evidence Regarding Kosanda's Settled Claims Against It (Doc. No. 201); the Memorandum in Opposition filed by Defendants Century Business Services, Inc., (CBIZ), Benmark, Inc., and Lon Haines (Doc. No. 213); Defendants' Motion *in Limine* to Exclude Certain Testimony of Bennett Meyer (Doc. No. 195) and Motion *in Limine* to Exclude Certain Testimony of William Flynt Gallagher (Doc. No. 196), and Plaintiff's Responses (Docs. No. 219 and 220), it is ORDERED as follows:

1. Plaintiff's Motion *in Limine* to Exclude Evidence Regarding Kosanda's Settled Claims Against It (Doc. No. 201) is GRANTED;

Defendants' Motion *in Limine* to Exclude Certain Testimony of Bennet Meyer (Doc. No. 195) is GRANTED;

2. Defendants' Motion *in Limine* to Exclude Certain testimony of William Flynt Gallagher (Doc. No. 196) is DENIED.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.